IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KELLY RAINEY,

                              Plaintiff,

    v.

                                                               Case No. 17-cv-05-wmc

WARDEN L. TEGELS, DR. MARTIN, MS.
KOSTOHRYZ, MS. MAASSEN
and HSU NURSING STAFF,

                              Defendants.

## JUDGMENT IN A CIVIL CASE

       IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case.


_/s/_                                               3/12/20

Peter Oppeneer                                Date
Clerk of Court